## In re TAYLOR.

### No. 20,135; February 27, 1886.

#### 10 Pac. 88.

**Contempt.—Order to Show Cause Discharged** and proceedings dismissed.[1]

Proceedings against respondent for alleged contempt of court.

The Attorney General for the prosecution; Preston & McPike and D. H. Regensburger for the defense.

By the COURT.—This cause is ruled by the decision in the case entitled "In re Buckley, 69 Cal. 1, 10 Pac. 88, charged with contempt," and therefore it is ordered that the order

---

[1] Cited and approved in Sawyer v. Hutchinson, 149 Iowa, 94, 127 N. W. 1090, where it is said a contempt proceeding is in its nature quasi criminal, requiring, therefore, a greater weight of evidence than a civil case, and that a strong showing should be made against a person before punishing him for violating an injunctional decree.

to show cause herein be discharged and the proceedings dismissed.

We dissent: Ross J.; McKinstry, J.; McKee, J.